Mark A. Hutchison, Esq. (4639)
Edgar Carranza, Esq. (5902)
Tiffanie Bittle, Esq., (15179)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
ecarranza@hutchlegal.com
tbittle@hutchlegal.com

Attorneys for Plaintiff
DREAMSCAPE FLAMINGO
ROAD MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DREAMSCAPE FLAMINGO ROAD MANAGEMENT LLC; A DOMESTIC LIMITED LIABILITY COMPANY, AS SUCCESSOR IN INTEREST TO DREAMSCAPE COMPANIES LLC; A FOREIGN LIMITED LIABILITY COMPANY,<br><br>Plaintiff<br><br>v.<br><br>VIRDEE, INC.; a foreign corporation; DOE EMPLOYEE; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-02887-EYJ |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE (First Request)**

Plaintiff, DREAMSCAPE FLAMINGO ROAD MANAGEMENT LLC, as successor in interest TO DREAMSCAPE COMPANIES LLC (hereinafter referred to as “Dreamscape” or

“Plaintiff”), by and through counsel, Edgar Carranza, Esq. and Tiffanie C. Bittle, Esq. of HUTCHISON & STEFFEN, PLLC and Defendant, VIRDEE, INC. (hereinafter referred to as “Virdee” or “Defendant”), by and through counsel, David R. Koch, Esq. and Daniel G. Scow, Esq. of KING SCOW KOCH DURHAM LLC, hereby stipulate as follows:

1. On September 18, 2026, Defendant filed its Motion to Transfer Venue Under 28 U.S.C. § 1404(a), or Alternatively, Motion to Dismiss Under the Doctrine of Forum Non Conveniens (the "Motion"). (ECF No. 6.)

2. Under Local Rule 7-2(b), Plaintiff's opposition to the Motion is currently due on October 2, 2026.

3. The Parties have met and conferred and agree that a one-week extension of Plaintiff's opposition deadline is warranted. Defendant, through its counsel, has agreed to and does not oppose the requested extension.

4. This Stipulation is submitted in good faith and not for the purpose of delay. The brief extension will not affect any other deadline set by the Court or prejudice any party.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

5. Accordingly, the Parties stipulate, subject to the Court's approval, that the deadline for Plaintiff to file and serve its opposition to the Motion shall be extended by one week, from October 2, 2026, to and including October 9, 2026. Consistent with LR 7-2(b), Defendant's deadline to file and serve any reply in support of the Motion shall be seven days after service of Plaintiff's opposition.

IT IS SO STIPULATED.

DATED this 2nd day of October, 2026.

**HUTCHISON & STEFFEN, PLLC**

By: */s/ Edgar Carranza*
Mark A. Hutchison, Esq. (4639)
Edgar Carranza, Esq. (5902)
Tiffanie Bittle, Esq. (15179)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Attorneys for Plaintiff
DREAMSCAPE FLAMINGO ROAD MANAGEMENT LLC

DATED this 2nd day of October, 2026.

**KING SCOW KOCH DURHAM LLC**

By: */s/ Daniel Scow*
David R. Koch (8830)
Daniel G. Scow (14614)
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
Telephone: (702) 833-1100
Attorneys for Defendant
VIRDEE, INC.

IT IS SO ORDERED….

Dated this 2nd day of October, 2026.

UNITED STATESS MAGISTRATE JUDGE